Michael Steinmetz, Esq.
**Garson, Ségal, Steinmetz, Fladgate LLP**
164 West 25th Street, Suite 11 R
New York, NY 10001
Phone: (212) 380-3623
Fax: (347) 537-4540
ms@gs2law.com

*Pro Hac Vice* application filed for:
Robert Garson, Esq.
**GS2Law PLLC**
20801 Biscayne Blvd, Ste 506
Miami, FL 33180
Phone: (305) 780-5212
rg@gs2law.com
Attorneys for Matthew Taibbi

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

MATTHEW TAIBBI,

        Plaintiff,               Civil Action No.: 2:25-cv-02275-EP-LDW

v.                                        **NOTICE OF MOTION**
                                        **TO ADMIT COUNSEL**
                                        **ROBERT D. GARSON, ESQ.**
                                        *PRO HAC VICE*

SYDNEY KAMLAGER-DOVE,

        Defendant.
_____x

    **PLEASE TAKE NOTICE** that on April 11, 2025 at 10:00 a.m., or as soon as counsel may be

heard, the undersigned shall move, before the District Court Judge for the United States District

Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse 50 Walnut Street

Newark, NJ 07102, for an Order granting Robert D. Garson to appear in this matter *Pro Hac Vice*

for the purpose of assisting in the representation of Attorneys for Plaintiff Matthew Taibbi

("Plaintiff").

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, counsel for Plaintiff will

rely upon the accompanying Certification of Michael Steinmetz, Esq., submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

DATED: April 4, 2025
    New York, NY


                        Respectfully submitted,


**Garson Segal**                              **GS2Law PLLC**
**Steinmetz Fladgate LLP**

/s/ Michael Steinmetz                      /s/ Robert Garson
Michael Steinmetz (MS-3164)             Robert Garson
                                     (to be admitted pro hac vice)
164 W25th St, 11F                       20801 Biscayne Blvd, Ste 506
New York, NY 10001                  Miami, FL, 33180
212-380-3623                          305-780-5212
ms@gs2law.com                     rg@gs2law.com


                                *Counsel for Plaintiff Matthew Taibbi*

2