UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

MATTHEW TAIBBI,

          Plaintiff,                    Civil Action No.: 2:25-cv-02275-EP-LDW

    v.

SYDNEY KAMLAGER-DOVE,

          Defendant.

_____x

APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROBERT GARSON

Michael Steinmetz, Esq., represents as follows:

1. I am a partner of the law firm Garson, Ségal, Steinmetz, Fladgate LLP, whose office is located at 164 West 25th Street, New York, NY, 10001.

2. I am an attorney-at-law and a member in good standing of the Bar of the State of New Jersey having been admitted in 2009. I am admitted to practice before the United States District Court for the District of New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United State District Court for the District of New Jersey in support of an Order Approving Admission, *pro hac vice,* of Robert Garson.

4. Robert Garson is a partner of the law firm GS2Law PLLC.

1

5. Upon information and belief, Robert Garson is, and has been a member of good standing of the State Bar of New York since 2010, the State Bar of Florida since 2022, and the Bar of the District of Columbia since 2022. Upon further information and belief, Robert Garson is, and has remained, a member in good standing of said bars at all times, and is not under suspension or disbarment by any Court. Upon further information and belief, Robert Garson is admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, the Southern District of Florida, the Northern District of Florida and the Court of Appeals for the Federal Circuit.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission. *Pro hac vice,* of Robert Garson to represent plaintiff, Neil Jarvis, in connection with the above-captioned case.

            Respectfully Submitted,

            **Garson, Ségal, Steinmetz, Fladgate LLP**

Dated: April 3, 2025        By:    /s/ Michael Steinmetz
New York, NY                     Michael Steinmetz (MS-3164)
                                    Garson, Ségal, Steinmetz, Fladgate LLP
                                    164 West 25th Street, Suite 11 R
                                    New York, NY 10001
                                    Phone: (212) 380-3623
                                    ms@gs2law.com