UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

MATTHEW TAIBBI,

        Plaintiff,　　　　　　　　　　　　Civil Action No.: 2:25-cv-02275-EP-LDW

                                                                  **ORDER**

   v.

SYDNEY KAMLAGER-DOVE,

        Defendant.

_____x

      This matter having been opened to the Court by Garson, Ségal, Steinmetz, Fladgate LLP, attorneys for Plaintiff, Neil Jarvis, by application for the *pro hac vice* admission of Robert Garson, Esq., in accordance with Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey, and for good cause shown;

      It is, on this _____ day of _____, 2025,

      ORDERED AS FOLLOWS:

Robert Garson, Esq. is hereby permitted to appear *pro hac vice* to represent Plaintiff, Matthew Taibbi, in this matter provided that pursuant to D.N.J. L. Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of –state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and DNJ L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk to the District Court at the following address:

United States District Court
Martin Luther King, Jr. Federal Building and Courthouse
P.O. Box 419
Newark, NJ 07101
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of then United States District Court for the District of New Jersey: and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

Dated: _____

_____
Hon.
United States Magistrate Judge

2