Michael Steinmetz, Esq.
Garson, Ségal, Steinmetz, Fladgate LLP
164 West 25th Street, Suite 11 R
New York, NY 10001
Phone: (212) 380-3623
Fax: (347) 537-4540
ms@gs2law.com

*Pro Hac Vice* application filed for:
Robert Garson, Esq.
GS2Law PLLC
20801 Biscayne Blvd, Ste 506
Miami, FL 33180
Phone: (305) 780-5212
rg@gs2law.com

Attorneys for Matthew Taibbi

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

MATTHEW TAIBBI,

                Plaintiff,                Civil Action No.: 2:25-cv-02275-EP-LDW

      v.

SYDNEY KAMLAGER-DOVE,

                Defendant.

_____x

APPLICATION FOR ADMISSION *PRO HAC VICE*

Michael Steinmetz, a member in good standing of the Bar of the State of New Jersey and

admitted to practice before the United States District Court for the District of New

Jersey and a partner with the law firm of Garson, Ségal, Steinmetz, Fladgate LLP, hereby

1

applies to the Court for an Order permitting Robert Garson of the law firm GS2Law PLLC to practice pro hac vice before the United States District Court for the District of New Jersey on behalf of Matthew Taibbi, party in interest in these proceedings pursuant to R.101.1(c). In support of this application, the undersigned shall rely upon the certifications of Michael Steinmetz, Esquire and Robert Garson, Esquire. A proposed form of Order is also being submitted.

Respectfully Submitted,

**Garson, Ségal, Steinmetz, Fladgate LLP**

Dated: April 3, 2025

By:    /s/ Michael Steinmetz
Michael Steinmetz (MS-3164)
Garson, Ségal, Steinmetz, Fladgate LLP
164 West 25th Street, Suite 11 R
New York, NY 10001
Phone: (212) 380-3623
Fax: (347) 537-4540

2