Michael Steinmetz, Esq.
**Garson, Ségal, Steinmetz, Fladgate LLP**
164 West 25th Street, Suite 11 R
New York, NY 10001
Phone: (212) 380-3623
Fax: (347) 537-4540
ms@gs2law.com

*Pro Hac Vice* application filed for:
Robert Garson, Esq.
**GS2Law PLLC**
20801 Biscayne Blvd, Ste 506
Miami, FL 33180
Phone: (305) 780-5212
rg@gs2law.com
Attorneys for Matthew Taibbi

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

MATTHEW TAIBBI,

        Plaintiff,

v.

SYDNEY KAMLAGER-DOVE,

        Defendant.
_____x

Civil Action No.: 2:25-cv-02275-EP-LDW

**NOTICE OF MOTION
TO ADMIT COUNSEL
ROBERT D. GARSON, ESQ.
*PRO HAC VICE***

**PLEASE TAKE NOTICE** that on April 11, 2025 at 10:00 a.m., or as soon as counsel may be heard, the undersigned shall move, before the District Court Judge for the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07102, for an Order granting Robert D. Garson to appear in this matter *Pro Hac Vice*

for the purpose of assisting in the representation of Attorneys for Plaintiff Matthew Taibbi ("Plaintiff").

    **PLEASE TAKE FURTHER NOTICE** that in support of this motion, counsel for Plaintiff will rely upon the accompanying Certification of Michael Steinmetz, Esq., submitted herewith.

    **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

DATED: April 4, 2025
    New York, NY

Respectfully submitted,

| | |
|---|---|
| **Garson Segal** <br> **Steinmetz Fladgate LLP** | **GS2Law PLLC** |
| /s/ Michael Steinmetz <br> Michael Steinmetz (MS-3164) | Robert Garson <br> (to be admitted pro hac vice) |
| 164 W25th St, 11F <br> New York, NY 10001 <br> 212-380-3623 <br> ms@gs2law.com | 20801 Biscayne Blvd, Ste 506 <br> Miami, FL, 33180 <br> 305-780-5212 <br> rg@gs2law.com |

*Counsel for Plaintiff Matthew Taibbi*

2