UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

MATTHEW TAIBBI,

Plaintiff,                                                      Civil Action No.: 2:25-cv-02275-EP-LDW

v.                                                              **AFFIDAVIT OF SERVICE**

SYDNEY KAMLAGER-DOVE,

Defendant.

_____x

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

I, Natalia Jimenez Gonzalez, of full age, being duly sworn according to law, depose and say, that:

1. I am over the age of eighteen (18) and am not a party to this action.

2. I am a paralegal with the law firms of Garson Segal Steinmetz Fladgate LLP and GS2 LAW PLLC.

3. On April 10, 2025, I served a copy of the Summons and Complaint on counsel for Defendant, Brooks M. Hanner, via email.

4. Prior to service, counsel for Defendant agreed in writing to accept service of process via email.

5. Accordingly, service was completed by sending the documents to counsel's email address at Brooks.Hanner@mail.house.gov on April 10, 2025.

6. Although counsel accepted service on behalf of the Defendant, he did not accept service on behalf of the United States.

_____
Natalia Jimenez Gonzalez
GS2 LAW PLLC
20801 Biscayne Blvd., Ste 506
305-780-5212
njg@gs2law.com

Sworn to and subscribed before me this 22 day of April, 2025.

_____
Notary Public: Maria Meneses
My commission expires: 4/3/2029

**MARIA MENESES**
Notary Public
State of Florida
Comm# HH660629
Expires 4/3/2029