UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

MATTHEW TAIBBI,

        Plaintiff,

v.

SYDNEY KAMLAGER-DOVE,

        Defendant.

_____x

Civil Action No.: 2:25-cv-02275-EP-LDW

**AFFIDAVIT OF SERVICE**

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

I, Natalia Jimenez Gonzalez, of full age, being duly sworn according to law, depose and say, that:

1. I am over the age of eighteen (18) and am not a party to this action.
2. I am a paralegal with the law firms of Garson Segal Steinmetz Fladgate LLP and GS2 LAW PLLC.
3. On April 10, 2025, I served a copy of the Summons and Complaint on counsel for Defendant, Brooks M. Hanner, via email.
4. Prior to service, counsel for Defendant agreed in writing to accept service of process via email.
5. Accordingly, service was completed by sending the documents to counsel's email address at Brooks.Hanner@mail.house.gov on April 10, 2025.
6. Although counsel accepted service on behalf of the Defendant, he did not accept service on behalf of the United States.
7. Because the Defendant is a federal official being sued in her individual capacity, service on the United States is also required under Federal Rule of Civil Procedure 4(i)(3).

8. On May 31, 2025, at approximately 11:30 a.m., I went to the United States Post Office and sent a copy of the Summons and Complaint via certified mail to both:

   (a) Alina Habba, U.S. Attorney for the District of New Jersey, and

   (b) Pamela Bondi, Attorney General of the United States, in Washington, D.C.,

   in compliance with Rule 4(i)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of June 2025.
Aventura, Florida

_____

Natalia Jimenez Gonzalez
GS2 LAW PLLC
20801 Biscayne Blvd., Ste 506
305-780-5212
njg@gs2law.com



MARIA MENESES
Notary Public
State of Florida
Comm# HH660629
Expires 4/3/2029

Sworn to and subscribed before me this 13 day of June, 2025.

Notary Public: Maria Meneses
My commission expires: 4/3/2029