ALINA HABBA
Acting United States Attorney
JOHN F. BASIAK JR.
Assistant United States Attorney
Chief, Civil Division
402 East State Street, Room 430
Trenton, NJ 08608
(609) 858-0309
john.basiak@usdoj.gov
*Attorneys for United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW TAIBBI, | Hon. Evelyn Padin, U.S.D.J. |
| *Plaintiff,* | Civil Action No. 25-cv-02275 |
| v. | **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY UNDER LOCAL CIVIL RULE 6.1(b)** |
| SYDNEY KAMLAGER-DOVE, | |
| *Defendant.* | |

Application is hereby made for a Clerk's Order extending the time within which the United States of America (improperly pleaded as "Sydney Kamlager-Dove") may answer, move, or otherwise reply to Plaintiff's amended complaint. It is represented that:

1. The United States has not previously obtained an extension.

2. Plaintiff served the United States Attorney's Office on June 6, 2025.

3. The time to answer, move, or otherwise reply under Rule 12(a)(2) expires on August 5, 2025.

4. An extension is requested to and including **August 19, 2025**.

1

                    ALINA HABBA
                    Acting United States Attorney

By:   /s/ John F. Basiak Jr.
      JOHN F. BASIAK JR.
      Assistant United States Attorney
      Chief, Civil Division
      *Attorneys for United States*

Dated: August 1, 2025

## **ORDER**

The above application is GRANTED this _____ day of _____, 2025.

                        MELISSA E. RHOADS, ESQ., Clerk

By: _____
      Deputy Clerk