BRETT A. SHUMATE
Assistant Attorney General
Civil Division
KIRSTEN L. WILKERSON
Director, Torts Branch
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW TAIBBI,<br><br>　　Plaintiff,<br><br>v.<br><br>SYDNEY KAMLAGER-DOVE,<br><br>　　Defendant. | HON. EVELYN PADIN<br><br>Civil Action No.<br><br>25-2275 (EP) (LDW)<br><br>**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Civ. RULE 101.1(f), Stephen R. Terrell hereby enters his appearance as counsel for substituted defendant United States (in place of Representative Sydney Kamlager-Dove).[1]  Mr. Terrell is

---

[1] Concurrently with this notice, the United States is filing a Notice of Substitution, substituting the United States as defendant for Representative Sydney Kamlager-Dover pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 ("Westfall Act").  28 U.S.C. § 2679(d)(1).

registered with the Court's ECF System and may receive service of all pleadings through that system. Parties may serve Mr. Terrell by U.S. Mail as follows:

>Stephen R. Terrell
>Civil Division/T-FTCA
>Ben Franklin Station
>P.O. Box 888
>Washington, DC  20044

Parties may serve Mr. Terrell by private companies, fax, or electronically (when permitted by Rule) as follows:

>Stephen R. Terrell
>Civil Division/T-FTCA
>3 CON, 11th Floor
>175 N St., NE
>Washington, DC  20002
>(202) 353-1651 (phone)
>(202) 616-5200 (fax)
>Stephen.Terrell2@usdoj.gov

Parties may also effectuate service on the United States in this action by serving the United States Attorney. Civ. RULE 101.1(f).

PLEASE TAKE FURTHER NOTICE that, pursuant to Civ. RULE 102.1, Assistant United States Attorneys Brooks M. Hammer and John F. Basiak hereby withdraw their appearance. The United States respectfully requests that the Clerk note this withdrawal and remove these attorneys from the docket.

 Dated:       September 4, 2025        Respectfully submitted,

>BRETT A. SHUMATE
>Assistant Attorney General
>Civil Division

KIRSTEN L. WILKERSON
Director, Torts Branch

<u> s/ Stephen R. Terrell                    </u>
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Tel:   (202) 353-1651
Fax:   (202) 616-5200
Stephen.Terrell2@usdoj.gov

s/ Brooks M. Hanner by
s/ Stephen R. Terrell per email <u>authorization dated August 29, 2025</u>
BROOKS M. HANNER

s/ John F. Basiak by
s/ Stephen R. Terrell per email <u>authorization dated August 29, 2025</u>
JOHN F. BASIAK
*Attorneys for Defendant United States of America*

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and not a party to this action. On August 29, 2025, I uploaded the attached document to the Court's CM/ECF System which will automatically accomplish service, consistent with Civ. RULE 5.2, through the Notice of Electronic Filing on the following individuals:

Michael M. Steinmetz, Esq.
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street
New York, NY  10001
ms@gs2law.com

*Counsel for plaintiff.*

Dated:	September 4, 2025

                                              s/ Stephen R. Terrell
                                             STEPHEN R. TERRELL