BRETT A. SHUMATE
Assistant Attorney General
Civil Division
KIRSTEN L. WILKERSON
Director, Torts Branch
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW TAIBBI,<br><br>    Plaintiff,<br><br>v.<br><br>SYDNEY KAMLAGER-DOVE,<br><br>    Defendant. | HON. EVELYN PADIN<br><br>Civil Action No.<br><br>25-2275 (EP) (LDW)<br><br>**NOTICE OF SUBSTITUTION** |

PLEASE TAKE NOTICE that, pursuant to the Federal Tort Claims Act, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988, (codified in relevant part at 28 U.S.C. § 2679) the United States is hereby substituted as defendant for Representative Sydney Kamlager-Dove.

1.  This is an action for defamation (libel) based upon statements made by Representative Kamlager-Dove through her official website and social media

accounts.

2. The Federal Tort Claims Act provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages "resulting from the negligent or wrongful act or omission of any employee of the Government while acting with the scope of his office or employment." 28 U.S.C. § 2679(b)(1).

3. The Federal Tort Claims Act, as amended, provides that, upon certification by the Attorney General's delegate that a federal employee was acting within the scope of her office or employment at the time of the incident out of which the claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as the defendant with respect to those claims. 28 U.S.C. §§ 2679(d)(l). The Attorney General has delegated her certification authority to the Director of the Torts Branch. 28 C.F.R. § 15.4(a).

4. Kirsten L. Wilkerson, Director, Torts Branch, has certified that Representative Kamlager-Dove was acting within the course and scope of her office with respect to the incidents at issue in plaintiff's complaint. Certification, Ex. A. Accordingly, the United States has, by operation of law, been substituted for Representative Kamlager-Dove as defendant.

Dated:        September 4, 2025            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRSTEN L. WILKERSON
Director, Torts Branch

 s/ Stephen R. Terrell
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Tel:   (202) 353-1651
Fax:   (202) 616-5200
Stephen.Terrell2@usdoj.gov

*Attorneys for Defendant United States of America*

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and not a party to this action.  On August 29, 2025, I uploaded the attached document and attachments to the Court's CM/ECF System which will automatically accomplish service, consistent with Civ. RULE 5.2, through the Notice of Electronic Filing on the following individuals:

Michael M. Steinmetz, Esq.
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street
New York, NY  10001
*ms@gs2law.com*

- 4 -

*Counsel for plaintiff.*

Dated:    September 4, 2025

                                                  <u>s/ Stephen R. Terrell</u>
                                                  STEPHEN R. TERRELL