BRETT A. SHUMATE
Assistant Attorney General
Civil Division
KIRSTEN L. WILKERSON
Director, Torts Branch
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW TAIBBI,<br><br>　　Plaintiff,<br><br>v.<br><br>SYDNEY KAMLAGER-DOVE,<br><br>　　Defendant. | HON. EVELYN PADIN<br><br>Civil Action No.<br><br>25-2275 (EP) (LDW)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice is hereby given of the below substitution of counsel on behalf of substituted defendant United States of America in the captioned matter.

The mailing address and telephone number of the superseding attorney are as indicated above.

s/ Brooks M. Hanner by
s/ Stephen R. Terrell per email
authorization dated August 29, 2025
BROOKS M. HANNER

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

| | |
|---|---|
| s/ John F. Basiak by<br>s/ Stephen R. Terrell per email<br><u>authorization dated August 29, 2025</u><br>JOHN F. BASIAK<br><br>*Withdrawing Attorneys* | KIRSTEN L. WILKERSON<br>Director, Torts Branch<br><br><u> s/ Stephen R. Terrell</u><br>STEPHEN R. TERRELL (CA Bar No. 210004)<br>Attorney<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 888<br>Benjamin Franklin Station<br>Washington, D.C. 20044<br>Tel:   (202) 353-1651<br>Fax:   (202) 616-5200<br>Stephen.Terrell2@usdoj.gov<br><br>*Superseding Attorney* |

Dated September 4, 2025
cc: counsel of record (via ECF)