Michael Steinmetz, Esq.
**Garson, Ségal, Steinmetz, Fladgate LLP**
225 Broadway, 37th Floor
New York NY 10007
Phone: (212) 380-3623
Fax: (347) 537-4540
ms@gs2law.com
Robert Garson, Esq. (*Pro Hac Vice*)
**GS2Law PLLC**
20801 Biscayne Blvd, Ste 506
Miami, FL 33180
Phone: (305) 780-5212
rg@gs2law.com
Attorneys for Matthew Taibbi

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

MATTHEW TAIBBI,
Plaintiff,                                                                            Civil Action No.: 2:25-cv-02275-EP-LDW

v.

SYDNEY KAMLAGER-DOVE,
                Defendant.
_____x

**NOTICE OF MOTION TO STRIKE CERTIFICATION OR,**
**IN THE ALTERNATIVE, FOR LIMITED DISCOVERY**

PLEASE TAKE NOTICE that on September 29 2025, or as soon thereafter as counsel may be heard, Plaintiff Matthew Taibbi, by and through his undersigned counsel, will move this Court, before the Honorable Evelyn Padin, United States District Judge, at the United States District Court for the District of New Jersey, Newark, New Jersey, for an Order striking the Certification filed by the Department of Justice under 28 U.S.C. § 2679(d), denying substitution of the United States, and retaining Defendant Sydney Kamlager-Dove as the proper party defendant in her personal capacity.

In the alternative, Plaintiff moves for an Order permitting limited discovery pursuant to Federal Rule of Civil Procedure 26(b)(1) directed to the scope-of-employment issue.

In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Law, the Amended Complaint, the Certification and Notice of Substitution filed by the Department of Justice, and all prior pleadings and papers filed in this action, together with the Proposed Order submitted herewith.

Oral argument is requested.

Dated: September 8, 2025
 New York, NY                                             Respectfully submitted,

| | |
|---|---|
| **Garson Segal** | **GS2Law PLLC** |
| **Steinmetz Fladgate LLP** | |
| | |
| /s/ Michael Steinmetz | /s/ Robert Garson |
| Michael Steinmetz (MS-3164) | Robert Garson (pro hac vice) |
| 225 Broadway, 37th Floor | 20801 Biscayne Blvd, Ste 506 |
| New York, NY 10007 | Miami, FL, 33180 |
| 212-380-3623 | 305-780-5212 |
| ms@gs2law.com | rg@gs2law.com |

*Counsel for Plaintiff Matthew Taibbi*