BRETT A. SHUMATE
Assistant Attorney General
Civil Division
KIRSTEN L. WILKERSON
Director, Torts Branch
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW TAIBBI,<br><br>   Plaintiff,<br><br>v.<br><br>SYDNEY KAMLAGER-DOVE,<br><br>   Defendant. | HON. EVELYN PADIN<br><br>Civil Action No.<br><br>25-2275 (EP) (LDW)<br><br>**NOTICE OF MOTION** |

TO:   Michael Dteinmetz, Esq.
      GARSON, SÉGAL, STEINMETZ, FLADGATE LLP
      164 West 25th Street, Suite 11R
      New York, NY  10001
      (212) 380-3623
      ms@gs2law.com

      Robert Garson, Esq.
      GS2LAW PLLC
      20801 Biscayne Blvd., Suite 506
      Miami, FL  33180
      (305) 780-5212

rg@gs2law.com

*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that on November 17, 2025, substituted defendant United States, through its counsel of record, will apply this Court for an Order dismissing plaintiff's complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

In support of this motion, the United States will rely on the attached brief, all arguments advance in reply, and any additional arguments or evidence submitted with leave of Court.  A proposed form of order is also submitted with this notice.

Dated:   September 26, 2025           Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRSTEN L. WILKERSON
Director, Torts Branch

 *s/ Stephen R. Terrell*
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Tel:   (202) 353-1651
Fax:   (202) 616-5200
Stephen.Terrell2@usdoj.gov

- 3 -

*Attorneys for Defendant United States of America*