**GS2LAW**

Michael Steinmetz
225 Broadway, 37th Floor
New York, NY 10007
E: ms@gs2law.com
P: +1.212-380-3623

October 21, 2025

**VIA FEDEX**

Honorable Evelyn Padin
United States District Judge
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re:** Taibbi v. Kamlager-Dove - Civil Action No.: 2:25-Cv-02275-EP-LDW Opposition to Letter Regarding Status of Service on Congresswoman Kamlager-Dove

Dear Judge Padin,

Pursuant to the Court's Text Order dated September 26, 2025 [ECF No. 28], the Defendant's reply to Plaintiff's Opposition to the Motion to Dismiss was due within fourteen (14) days of the filing of Plaintiff's Opposition. Plaintiff's Opposition was filed on September 30, 2025 [ECF No. 30].

As of today's date, no reply has been filed. Accordingly, Plaintiff respectfully submits that the motion is now fully briefed and deemed fully submitted pursuant to the Court's Order. The Defendant is therefore precluded from asserting any further arguments that it could have raised on reply.

Respectfully submitted,

| | |
|---|---|
| **Garson Segal** | **GS2Law PLLC** |
| **Steinmetz Fladgate LLP** | |
| | |
| /s/ Michael Steinmetz | /s/ Robert Garson |
| Michael Steinmetz (MS-3164) | Robert Garson (pro hac vice) |
| 225 Broadway, 37th Flr | 20801 Biscayne Blvd, Ste 506 |
| New York, NY 10007 | Miami, FL, 33180 |
| 212-380-3623 | 305-780-5212 |
| ms@gs2law.com | rg@gs2law.com |

*Counsel for Plaintiff Matthew Taibbi*

cc: All Counsel of Record.