UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Docket No.: 25cv2275 (EP) (LDW)

MATTHEW TAIBBI

      Plaintiff

Judge: EVELYN PADIN

      v.

SYDNEY KAMLAGER-DOVE

      Defendant

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

_____ /

Notice is hereby given that _____MATTHEW TAIBBI_____
                                            (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[  ] Judgment, [X] Order, [  ] Other _____
                                                 (Specify)
of the United States District Court, District of New Jersey, entered in this action on June 8, 2026.

Dated: July 8, 2026
       Miami, FL

Respectfully submitted,

**Garson Segal**
**Steinmetz Fladgate LLP**

**GS2Law PLLC**

/s/ Michael Steinmetz
Michael Steinmetz (MS-3164)
225 Broadway, 37th Floor
New York, NY 10007
212-380-3623
ms@gs2law.com

/s/ Robert Garson
Robert Garson (pro hac vice)
20801 Biscayne Blvd, Ste 506
Miami, FL, 33180
305-780-5212
rg@gs2law.com

_Counsel for Plaintiff Matthew Taibbi_